UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
EDDIE MURDOCK,

                    Plaintiff,
                                          ORDER
           -against-                      14-CV-0508(JS)(WDW)

LEGAL AID SOCIETY, CINDY
D'AMBRA, P. SPIKE KAUFMAN,
ASSIGNED COUNSEL DEFENDERS PLAN
OF NASSAU COUNTY, GLENN F. HARDY,
DEVANE AND GRODER, JEFFREY GRODER,
and KATHLEEN M. RICE, NASSAU
COUNTY DISTRICT ATTORNEY,

                    Defendants.
----------------------------------X
APPEARANCES
For Plaintiff:      Eddie Murdock, pro se
                    13003401
                    Nassau County Correctional Center
                    100 Carman Avenue
                    East Meadow, NY 11554

For Defendants:     No appearances.

SEYBERT, District Judge:

          Pro se plaintiff Eddie Murdock ("Plaintiff") commenced
the instant civil rights action against the Legal Aid Society,
Cindy D'Ambra, P. Spike Kaufman, Assigned Counsel Defenders Plan
Of Nassau County, Glenn F. Hardy, Devane and  Groder, Jeffrey
Groder, and Nassau County District Attorney Kathleen M. Rice,
(collectively, "Defendants"), pursuant to 42 U.S.C. § 1983
("Section 1983"). Plaintiff's Complaint is accompanied by an
application to proceed in forma pauperis.

          Upon review of Plaintiff's declaration in support of his
application to proceed in forma pauperis, the Court finds that

Plaintiff's financial status qualifies him to commence this action without prepayment of the filing fees.  See 28 U.S.C. § 1915(a)(1).  Therefore, Plaintiff's request to proceed in forma pauperis is GRANTED.

The Clerk of the Court is directed to forward copies of the Summonses, Complaint, and this Order to the United States Marshal Service for service upon the Defendants without prepayment of fees, and to serve notice of entry of this Order in accordance with Rule 77(d)(1) of the Federal Rules of Civil Procedure by mailing a copy of this Order to the pro se Plaintiff at his last known address.  See FED. R. CIV. P. 5(b)(2)(C).

SO ORDERED.


/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: March ___20___, 2014
       Central Islip, New York